**STATE v. HOLT**

[355 N.C. 347 (2002)]

STATE OF NORTH CAROLINA v. LAUREEN MILLAR HOLT

No. 336PA01

(Filed 5 April 2002)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 144 N.C. App. 112, 547 S.E.2d 148 (2001), affirming in part and vacating and remanding in part a judgment entered by Johnson (E. Lynn), J., on 13 September 1999, and corrected on 17 September 1999 and 15 November 1999, in Superior Court, Cumberland County. Heard in the Supreme Court 12 March 2002.

*Roy Cooper, Attorney General, by Christopher W. Brooks, Assistant Attorney General, for the State-appellant.*

*James R. Parish for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.